Edward S. VOELKER, Jr., Individually and as administrator of the Estate of the minor, Edward S. Voelker, III, Plaintiff-Appellee,

v.

LOUISIANA HIGH SCHOOL ATHLETIC ASSOCIATION et al., Defendants-Appellants.

No. 29252.

United States Court of Appeals, Fifth Circuit.

Oct. 16, 1970.

Rehearing Denied Nov. 10, 1970.

Bascom D. Talley, Jr., Charles M. Hughes, Bogalusa, La., for appellants; Talley, Anthony, Hughes & Knight, Bogalusa, La., of counsel.

Robert B. Neblett, Jr., Alexandria, La., for appellee; Neblett, Fuhrer & Hunter, Alexandria, La., of counsel.

Arthur R. Carmody, Jr., Shreveport, La. (Jesuit High School of Shreveport Corp.), amicus curiae.

Before BELL, THORNBERRY, and CLARK, Circuit Judges.

PER CURIAM:

The judgment of the district court giving rise to this appeal is vacated and the cause is remanded so that the same may be further considered by the district court in light of the supervening opinion in Mitchell v. Louisiana High School Athletic Association, 5 Cir., 1970, 430 F. 2d 1155.

Vacated and remanded with direction.

Larry Charles CLONCE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 233-70.

United States Court of Appeals, Tenth Circuit.

Oct. 5, 1970.

Nathan G. Graham, U. S. Atty., for appellee.

Larry Charles Clonce, pro se.

Before LEWIS, Chief Judge, PICKETT, Circuit Judge, and KERR, District Judge.

PER CURIAM.

Clonce was informed that the court was contemplating summary affirmance of the district court judgment because of the unsubstantial issue presented for our decision. He opposed the assignment without addressing the underlying merits and we granted him an additional period of time to submit further papers which he has now done.

We have thoroughly considered the files and record in this cause and are convinced that the judgment of the district court was correct.

Accordingly, we affirm for the reasons stated in the district court order of February 25, 1970, 317 F.Supp. 650, denying relief.